UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

ESTATE OF PAUL WADE ADAMS, SR.          )
and ESTATE OF CATHY JOHNSON             )
ADAMS, by and through Personal          )
Representative  Jessica Nicole Fairfax  )
                                        )
              Plaintiffs,               )
                                        )
v.                                      )          **JUDGMENT**
                                        )
                                        )          No. 7:14-CV-292-FL
UNITED STATES OF AMERICA,               )
                                        )
              Defendant.                )

Pursuant to the Notice of Acceptance of Offer of Judgment filed by plaintiff in this case on August 20, 2015, and in accordance with Rule 68 of the Federal Rules of Civil Procedure, **IT IS ORDERED, ADJUDGED AND DECREED** that judgment is hereby entered against defendant United States of America, in the amount of Four Hundred Twenty-Five Thousand Dollars and no/100 ($425,000.00) in full and final settlement of all of plaintiffs' claims, which sum includes all costs incurred to date, including but not limited to attorneys' fees.

### This Judgment Filed and Entered on August 21, 2015, and Copies To:

Joseph Lindsey Tart (via CM/ECF Notice of Electronic Filing)
Sanford W. Thompson, IV (via CM/ECF Notice of Electronic Filing)
Lee Lin Tart Malone (via CM/ECF Notice of Electronic Filing)
Todd C. Conormon (via CM/ECF Notice of Electronic Filing)
Joshua B. Royster (via CM/ECF Notice of Electronic Filing)
Matthew Lee Fesak (via CM/ECF Notice of Electronic Filing)


August 21, 2015                    JULIE RICHARDS JOHNSTON, CLERK
                                    /s/ Christa N. Baker
                                   (By) Christa N. Baker, Deputy Clerk